UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONZEL V. ABRAM,

       Plaintiff,

v.

EQUIFAX INFORMATION
SERVICES, LLC, TRANSUNION, LLC,
EXPERIAN INFORMATION
SOLUTIONS, INC.,

       Defendants.

_____/

Hon. Paul L. Maloney

Case No.: 1:25-cv-190

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455(a) and (b)(3), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case pursuant to the approved procedure.

**IT IS SO ORDERED**.

Date: November 10, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge