**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DONZEL V. ABRAM,** | |
| **Plaintiff,** | |
| **v.** | **Civil Case No.: 1:25-cv-00190-PLM-PJG** |
| **EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; and EXPERIAN INFORMATION SOLUTIONS INC,** | |
| **Defendants.** | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to Local General Rule 2.5, Troutman Pepper Locke LLP ("**Troutman**") respectfully moves for leave of Court for Troutman to withdraw as counsel to Defendant Experian Information Solutions, Inc. ("Experian").

Experian will continue to be represented in this matter by Clark Hill, PLC, and Daniel A. Grossman, who maintains an office in this district. Accordingly, Troutman's withdrawal will cause no delay in this case.

WHEREFORE, Troutman respectfully requests that this Court enter an order allowing it to withdraw as counsel for Experian in the above-captioned matter.

Dated: June 12, 2026

Respectfully submitted,

*/s/ Lauren E. Lacey*
Lauren E. Lacey
Troutman Pepper Locke LLP
401 9th Street NW
Suite 1000
Washington, DC 20004
202-274-2950
Lauren.Lacey@troutman.com

*Counsel for Defendant Experian
Information Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2026, I caused a copy of the foregoing *Motion for Leave to Withdraw as Counsel for Defendant Experian* and this Certificate of Service to be electronically filed with the United States District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants. I further certify that a copy was served upon the following by U.S. Mail.

Donzel V. Adram
6329 Balfour Drive
Lansing, MI  48911
*Pro se plaintiff*

*/s/ Lauren E. Lacey*
Lauren E. Lacey