**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**DONZEL V. ABRAM,**

     **Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES,**
**LLC; TRANS UNION, LLC; and**
**EXPERIAN INFORMATION SOLUTIONS**
**INC,**

     **Defendants.**

**Civil Case No.: 1:25-cv-00190-PLM-PJG**

**ORDER TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

Pursuant to the Motion for Leave to Withdraw as Counsel for Defendant Experian Information Solutions, Inc. filed herewith;

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw as Counsel for Defendant Experian Information Solutions, Inc. is granted and Troutman Pepper Locke LLP is hereby withdrawn as counsel for Defendant Experian Information Solutions, Inc. in the above-captioned matter, and Troutman Pepper Locke LLP will be removed from the ECF service list.

IT IS SO ORDERED this 16th  day of June, 2026.


     /s/ Phillip J. Green
UNITED STATES MAGISTRATE JUDGE