UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONZEL V. ABRAM,

       Plaintiff,                        Case No. 1:25–cv–00190–PLM–PJG

    v.                             Hon. Paul L. Maloney

EQUIFAX INFORMATION SERVICES,
LLC, et al.,

       Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

       The Settlement Conference set in this matter for **July 22, 2026** is hereby **adjourned without date.**

                               U.S. Magistrate Judge

Dated:  July 6, 2026        By:   _/s/ Jessica K. Wright_____
                                   Judicial Assistant